David V. Finlayson (6540)
Attorney for Defendant MARIANA FARANI
43 East 400 South
Salt Lake City, Utah 84lll
Telephone: (801) 220-0700
Facsimile: (801) 364-3232
dvfinlayson@gmail.com

___

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

___

| | |
|---|---|
| UNITED STATES of AMERICA, | **MOTION FOR JAMES HEARING** |
| Plaintiff, | |
| v. | |
| MARIANA N. FARANI, ZIA ATTA, ET. AL., | Case No.  1:12-CR-088 RJS |
| Defendant. | The Honorable Robert J. Shelby |

Defendant, Mariana N. Farani, by and through counsel of record, David V. Finlayson, hereby moves this Court to ORDER that a pre-trial hearing be held on the admissibility of co-conspirator's statements as described in *United States v. James*, 590 F.2d 575 (5th Cir. 1979). This motion is made on the following grounds.

Ms. Farani is one of six co-defendants charged in a 28 count Indictment.  Counts I and 13 of the Indictment charge Conspiracy to Commit Wire Fraud and Conspiracy to Commit Money Laundering respectively.  The Government has no yet identified co-conspirator statements it intends to use at trial.  However, a pre-trial hearing is the "strongly preferred" method of determining the admissibility of such statements pursuant to Rule 801(d)(2)(E) of the Federal

Rules of Evidence. *See United States v. Urena*, 27 F.3d 1487 (10th Cir. 1994). It is customary in this district to hold such a hearing well before trial, outside of the presence of the jury. The Government is required to show by a preponderance of evidence that existence of the predicate conspiracy and that the statements sought to be admitted were made during the course of and in furtherance of the conspiracy. *Id.* at 1490.

  The Defendant further moves this Court for an Order requiring the Government to provide the defendants with a list of the statements it intends to introduce pursuant to the co-conspirator hearsay rule and a proffer of the evidence that it alleges will establish the conspiracy agreement.

  DATED this 30th day of September, 2013.


           /s/ David V. Finlayson
           DAVID V. FINLAYSON
           Attorney for Defendant


**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of September, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following, all defense counsel and:

  Adam Elggren
  Michael Kennedy
  Assistant United States Attorney
  185 South State Street, Suite 400
  Salt Lake City, UT 84111
  adam.elggren@usdoj.gov
  michael.kennedy@usdoj.gov

           /s/ David V. Finlayson